Friday, July 01, 2011

Mr. Charles Steven Estee
Office of the Dallas City Attorney
1500 Marilla Street, 7DN
Dallas, TX 75201
Mr. James C. Mosser
Mosser PLLC Lawyers
17110 Dallas Parkway, Suite 290
Dallas, TX 75248

RE: Case Number: 08-0265
 Court of Appeals Number: 05-05-01227-CV
 Trial Court Number: 02-05408

Style: CITY OF DALLAS
 v.
 VSC, LLC

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |
| |Mr. James C. Ho |